**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**GEORGE CARTER** **PLAINTIFF**

**v.** **CASE NO. 4:25-CV-00665-BSM**

**MAINLINE HEALTH SYSTEMS, INC.** **DEFENDANT**

**JUDGMENT**

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 25th day of July, 2025.

UNITED STATES DISTRICT JUDGE